Civil Action No. 05-CV-0596

## STIPULATION DISCONTINUING ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TARA RUSH,

                                                    Plaintiff,

-against-

VILLAGE OF POTSDAM, JOHN DOE ONE and JOHN DOE TWO,

                                                    Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 25, 2006

By: _____
George Mehallow, Esq.
Bar Roll No.: 502761
Attorney for Plaintiff
2700 Bellevue Avenue
Syracuse, New York 13219

MURPHY BURNS, BARBER & MURPHY, LLP
By: _____
Thomas K. Murphy, Esq.
Bar Roll No.: 505396
Attorneys for Defendant Village of Potsdam
4 Atrium Drive, Executive Woods
Albany, New York 12205

9/29/06
SO ORDERED
G.D. Braner
U.S.M.J.